UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS and THE TRUSTEES THEREOF,<br><br>Petitioners,<br><br>v.<br><br>BEST CONTROL ENVIRONMENTAL,<br><br>Respondent. | CIVIL ACTION NO. 2:09-5805<br><br><br>JUDGMENT<br><br>HON. WILLIAM J. MARTINI |

**THIS MATTER** comes before the Court upon Petitioners' Motion to Confirm the Arbitration Award; and the Court having considered the matter; and a decision having been duly rendered;

**IT IS** on this 11th day of December 2009, hereby,

**ORDERED AND ADJUDGED** that Petitioners recover from the Respondent, Best Control Environmental, the sum of $13,600.46

William J. Martini, U.S.D.J.